KAYE MEREDITH, Appellant, v. CENTRAL PARK PLAZA CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. QUEENSBORO FARM PRODUCTS, INC., Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

SELMA KRAMER, Respondent, v. JACOB M. SILBERKLEIT and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ROBERT W. PORTER, Respondent, v. JAMES A. ROE, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PAUL OFFENBERG NURSERY COMPANY, Respondent, v. JACOB KEUR (Also Known as JACOBUS or JACK KEUR), Appellant, and Another, Defendant, Copartners, etc.—Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of HARRY FRIEDMAN, Petitioner, for an Order Directed against WARSCHAUER YOUNG MEN'S BENEVOLENT ASSOCIATION, Respondent, Compelling Said Respondent to Revoke and Annul the Suspension and/or Expulsion of the Petitioner Herein, as a Member of the Respondent Organization, and Directing the Respondent Forthwith to Reinstate and Restore Your Petitioner Herein as a Member of Said Organization.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

SECURITIES ALLIED CORPORATION, Respondent, v. SAMUEL McROBERTS and Others, Defendants, Impleaded with LETITIA H. HIGGINS and Others, Appellants. — Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

BLUE STONE REALTY CO., INC., Appellant, v. AMERICAN LEGION 1937 CONVENTION CORPORATION OF NEW YORK CITY, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

HIGHWAY BUTTER & EGG CO., INC., Respondent, v. KINGAN & CO., INCORPORATED, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ROBERT MAYER, as President of Local Union No. 2090 of the United Brotherhood of Carpenters & Joiners of America, and Others, Respondents, v. WILLIAM L. HUTCHESON, as General President of United Brotherhood of Carpenters & Joiners of America, and Others, Defendants, Impleaded with CHARLES W. HANSEN, as President of the District Council of New York City of the United Brotherhood of Carpenters & Joiners of America, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.